**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| FRANCISCO QUERENDONGO, | : No. 32 EAP 2022 |
| | : |
| Appellant | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| S.C.I. HOUTZDALE, DR. M. NAJI, | : |
| WELLPATH MED. SERV., ET. AL., | : |
| | : |
| Appellees | : |

## ORDER

**AND NOW,** this 11th day of May, 2023, the above captioned appeal is quashed for failure to file an Appellant's brief. *See* Pa.R.A.P. 3305.

*Irene M. Bizzoso*
Prothonotary